*O. H. B. Bloodworth,* solicitor-general, contra.

---

## WARING *v.* THE STATE.

*Simmons, C. J.*—There being no complaint that any error of law was committed, and the evidence being sufficient to warrant the verdict, this court will not set it aside after its approval by the trial judge.                *Judgment affirmed.*

Argued October 8,—Decided October 19, 1896.

Indictment for burglary.    Before Judge Fish.    Sumter superior court.    May term, 1896.

*L. J. Blalock,* for plaintiff in error.

*J. M. DuPree,* solicitor-general, by *J. B. Hudson,* contra.